Darlene WILLS et al *v.* Polly PENNINGTON,
Clark County Clerk

80-222                                    606 S.W. 2d 75
Supreme Court of Arkansas
October 15, 1980

*Henry Morgan*, for appellants.

*John H. Jackson*, Deputy Pros. Atty., for appellee.

PER CURIAM

The judgment of the circuit court is affirmed upon the authority of *McFerrin* v. *Knight*, 265 Ark. 658, 580 S.W. 2d 463; *Dixon* v. *Hall*, 210 Ark. 891, 198 S.W. 2d 1002. Appellant

has failed to demonstrate a clear entitlement to a writ of mandamus. *Wells* v. *Purcell*, 267 Ark. 456, 592 S.W. 2d 100 (1979).

PURTLE, STROUD & MAYS, JJ., dissent.